

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00211-CV

| | | |
|---|---|---|
| IN THE INTEREST OF P.W., A CHILD | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-727120-22) |
| | § | September 26, 2024 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's termination order. It is ordered that the termination order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack